CO-386-online
10/03

# United States District Court
# For the District of Columbia

William Sport )
)
)
)
vs Plaintiff )  Civil Action No._____
)
Jordan Cappolla et al )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __William Sport__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

384763
BAR IDENTIFICATION NO.

James M Loots
Print Name

236 Massachusetts Ave NE #204
Address

Washington DC 20002
City     State     Zip Code

(202) 536-5650
Phone Number