AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

William Sport

**SUMMONS IN A CIVIL CASE**

V.

Jordan Cappolla
Wilbert Washington II
Chadwick Washington Moriarty & Bunn PC

Case: 1:08-cv-01250
Assigned To : Leon, Richard J.
Assign. Date : 7/18/2008
Description: Contract

TO: (Name and address of Defendant)

Chadwick Washington Moriarty Elmore & Bunn PC
9900 Fairfax Blvd #200
Fairfax VA 22030-1720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James M Loots
236 Massachusetts Ave NE #204
Washington DC 20002
(202) 536-5650

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 18 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/23/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 9990 Fairfax Boulevard Suite 200 Fairfax VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/23/08
                 Date                    Signature of Server: Lloyd Thompson

Address of Server: 1220 L St. N.W. Wash, DC

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.